UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN RUIZ,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS et al.,

Defendants.

Case No. 2:18-cv-00091-RFB-GWF

ORDER

**I. DISCUSSION**

On May 16, 2018, the Court granted Plaintiff until June 18, 2018 to file an amended complaint. (ECF No. 8 at 4). The Court stated that, if Plaintiff failed to file a timely amended complaint, the Court would dismiss the case with prejudice for failure to state a claim. (*Id.*)

Plaintiff now files a motion for a 90-day extension to file his amended complaint. (ECF No. 9). The Court grants the motion in part. The Court will grant Plaintiff until Wednesday, August 22, 2018 to file his amended complaint.

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 9) is granted in part. Plaintiff shall file his amended complaint on or before Wednesday, August 22, 2018.

It is further ordered that, if Plaintiff fails to file an amended complaint on or before Wednesday, August 22, 2018, the Court will dismiss this case, with prejudice, for failure

to state a claim.

DATED THIS 25th day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE