UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00091-RFB-EJY<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motions to Extend Time (First Request) to Serve First Amended Complaint and "for a (90) Day Extension … to Correctly Be Able to Legally Service." ECF Nos. 26 and 27.

On August 27, 2019, the Court issued an Order granting Plaintiff's application to proceed *in forma pauperis* and simultaneously gave Plaintiff ninety (90) days from the date of the Order to perfect service. ECF No. 21. This effectively gave Plaintiff up to and including November 25, 2019 to perfect service. For this reason, Plaintiff's Motions ECF Nos. 26 and 27 are moot.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (First Request) to Serve First Amended Complaint (ECF No. 26) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time (Second Request) to Serve First Amended Complaint (ECF No. 27) is DENIED as moot.

DATED THIS 22nd day of October, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1