UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00091-RFB-EJY<br><br>**ORDER** |

    Before the Court is Plaintiff John Manuel Ruiz's Motion for a 90 Day Extension of Time to effect service on each defendant. (ECF No. 32). Prior to this Motion, the Court granted Plaintiff's application to proceed *in forma pauperis* and further ordered that Clerk of Court electronically serve a copy of Plaintiff's first amended complaint (ECF No. 12) on the Office of the Attorney General of the State of Nevada by adding the Attorney General to the docket sheet. ECF No. 21. Subject to the findings of the screening order (ECF No. 13), within twenty-one days of the date of entry of the order, the Attorney General's Office was required to file a notice advising the Court and Plaintiff of the names of the defendants for whom it accepts service, the names of the defendants for whom it does not accept service, and the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office could not accept service, the Office was to file, under seal, without serving Plaintiff, the last known address(es) of those defendant(s) for whom it had such information. If the last known address of the defendant(s) was a post office box, the Attorney General's Office was to attempt to obtain and provide the last known physical address(es). ECF No. 21.

    On September 17, 2019, the Attorney General filed a Notice of Acceptance of Service on behalf of Tara Carpenter and David Carpenter. ECF No. 22. On that same date, the Attorney General filed the last known addresses for all other named Defendants. ECF No. 23.

Specifically, the Office of the Attorney General did not accept service of process on behalf of Defendants **Celia Chacon, John R. Scott, Robert LeGrand, Paul Simms, Quentin Byrne, Adrian Garcia, Richard Garcia, or Raul Rosas**. *Id*. However, the Attorney General did file the last known addresses of these Defendants. If Plaintiff wishes to have the U.S. Marshal attempt service on Defendants **Celia Chacon, John R. Scott, Robert LeGrand, Paul Simms, Quentin Byrne, Adrian Garcia, Richard Garcia, and Raul Rosas** he shall follow the instructions in the Order below.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to effect service is GRANTED in part and DENIED in part. Plaintiff's Motion is GRANTED to the extent that service on eight named, but yet unserved, Defendants shall be attempted in accordance with the timeline below. Plaintiff's Motion is DENIED in all other respects because it is moot.

IT IS FURTHER ORDERED that the Clerk of Court shall issue summonses for the following eight individuals: Celia Chacon, John R. Scott, Robert LeGrand, Paul Simms, Quentin Byrne, Adrian Garcia, Richard Garcia, and Raul Rosas. The Clerk of Court shall send the summonses to the U.S. Marshal with the addresses provided under seal for each of these individuals (ECF No. 23).

IT IS FURTHER ORDERED that the Clerk of Court shall send **eight** copies of the Amended Complaint (ECF No. 12), **eight** copies of the Court's Screening Order (ECF No. 13), and **eight** copies of this Order to the U.S. Marshal for service on these Defendants.

IT IS FURTHER ORDERED that the Clerk of Court shall send **eight** USM-285 forms to Plaintiff.

IT IS FURTHER ORDERED that **Plaintiff shall have until January 10, 2020 to complete the USM-285 service forms and return them to the U.S. Marshal, United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.**

IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service within **fifteen (15) days** of the date he receives Plaintiff's USM-285.

IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshall returns to Plaintiff a copy of the USM-285 forms, showing whether service has been

accomplished to file a notice with the Court stating whether each of the eight defendants named above was served. If service on any defendant did not occur, and Plaintiff wishes to have service attempted again, Plaintiff must file a motion that specifies that desire and, to the extent available, provide more-detailed information regarding how service should be attempted.

If Plaintiff fails to follow this Order, Plaintiff's claims against Defendants Celia Chacon, John R. Scott, Robert LeGrand, Paul Simms, Quentin Byrne, Adrian Garcia, Richard Garcia, and Raul Rosas may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED this 4th day of December, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE