UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-00091-RFB-EJY<br><br>**ORDER** |

Before the Court is Defendant Dr. John Scott's Motion for Extension of Time to File Response to First Amended Complaint (ECF No. 54). The Motion is signed by Charles D. Hopper who seeks a 45 day extension of time to file a responsive pleading to Plaintiff's First Amended Complaint because he just returned from medical leave. The Court denies this request but grants a two week extension of the responsive pleading due date.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Response to First Amended Complaint (ECF No. 54) is DENIED.

IT IS FURTHER ORDERED that Defendant Dr. John Scott is granted an extension to file a responsive pleading to Plaintiff's First Amended Complaint to February 21, 2020.

DATED: February 6, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE